UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Charlie Vayshone Green,        )
                               )
    Plaintiff,        )
                               )
    v.                     )        Civil Action No. 06-0039
                               )
                               )
Federal Bureau of Prisons,     )
                               )
    Defendant.        )

ORDER

For the reasons stated in the accompanying Memorandum, it is this _____ day of

February 2006,

ORDERED that the application to proceed *in forma pauperis* [# 2] is GRANTED; and it

is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A, this case is DISMISSED

without prejudice for failure to state a claim upon which relief may be granted.[1]  This is a final

appealable Order.

United States District Judge

---

[1]  Plaintiff is advised that a dismissal for failing to state a claim qualifies as a strike under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed  *in forma pauperis* in federal court when certain conditions are satisfied.